IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: ROBERT THOMAS                                  Chapter 7

   *Debtor*                                                         24- 12310

_____

**VOLUNTARY DISMISSAL OF BANKRUPTCY CASE**

TO THE HONORABLE JUDGE PHILIP BENTLEY U.S.B.J.

COMES NOW, Robert Thomas seeking to voluntarily dismiss my bankruptcy as I have not been able to complete a mandatory credit counseling course before filing for bankruptcy, not eligible to be considered a "debtor" and I have been able to work-out a payment schedule with my creditors to pay my debts vs getting them discharged.

Respectfully submitted.

/s/ Robert Thomas
**Robert Thomas Pro, Se**
237 Eldridge St
New York, NY 10003
robert9thomas@yahoo.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 2, 2025 of the foregoing was mailed by United States Mail, first-class postage prepaid, or by Court ECF electronic transmission, to all parties of record.

/s/ Robert Thomas