**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Robert Thomas                                    CASE NO.: 24–12310–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 7
xxx–xx–4373

---

# NOTICE OF HEARING

Please take notice that a hearing has been scheduled for January 30, 2025 at 10:00 a.m. on the debtor's Voluntary Dismissal of Bankruptcy Case (Doc. No. 9).

This hearing will be conducted using Zoom for Government. Parties that wish to appear at a zoom hearing, whether making a live or listen only appearance before the Court, need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt–appearances. The deadline to sign up for each hearing before Judge Bentley is 4:00 PM the business day before a hearing is scheduled. After the deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for each zoom hearing.

Thank you


Dated: January 3, 2025                                  Vito Genna
                                                        Clerk of the Court