# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119
———
WWW.TOGUTLAWFIRM.COM
———
(212) 594-5000
neilberger@teamtogut.com

January 9, 2025

**VIA EMAIL (robert9thomas@yahoo.com)**
Robert Thomas
237 Eldridge St.
New York NY 10003

    Re: Robert Thomas, Debtor
       Chapter 7 Case No. 24-12310 (PB)
       Notice of Voluntary Dismissal

Dear Mr. Thomas:

  As the attorneys for Albert Togut, the Chapter 7 Trustee (the "Trustee") of your above-referenced bankruptcy case, we acknowledge receipt of the *Motion to Dismiss Case* [Dkt. No. 9] (the "Motion") scheduled for a hearing on January 30, 2025.

  Please be advised that the Trustee has no objection to the relief sought in the Motion.

        Very truly yours,

        TOGUT, SEGAL & SEGAL LLP
        By:

        */s/ Neil Berger*
        Neil Berger

NB/jc

cc: Honorable Philip Bentley
   Andrew Velez-Rivera, Esq.