**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Robert Thomas | CASE NO.: 24–12310–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–4373 | CHAPTER: 7 |

## NOTICE OF CANCELLATION OF HEARING

Please take notice that the January 30, 2025 hearing on the Debtor's Voluntary Dismissal of Bankruptcy Case has been cancelled.

Thank you

Dated: January 28, 2025                                   Vito Genna
                                                                          Clerk of the Court