# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 1/28/2025
Case: 24−12310−pb  Form ID: 143  Total: 9

**Recipients of Notice of Electronic Filing:**
db    Robert Thomas    robert9thomas@yahoo.com
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
tr    Albert Togut    altogut@teamtogut.com
aty    Neil Matthew Berger    neilberger@teamtogut.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
smg    New York City Dept. Of Finance    Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
8527398    UNITED STATES DEPARTMENT OF EDUCATION    400 MARYLAND AVENUE, SW    WASHINGTON, D.C. 20202

TOTAL: 5