UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                                          Chapter 7

    ROBERT THOMAS                                      Case No.: 24-12310 (PB)

               Debtor.

-----------------------------------------------------------x

## ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

Upon the motion (the "Motion") of Robert Thomas (the "Debtor") for voluntary dismissal of the above-captioned chapter 7 case pursuant to section 707(a) of the Bankruptcy Code; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and the Chapter 7 Trustee having filed a statement of no objection to the relief requested in the Motion; and the Court having determined that a hearing on the unopposed motion is not necessary; and no other or further notice being required; and after due deliberation and sufficient cause appearing therefor;

**NOW, THEREFORE,** it is hereby

**ORDERED**, that the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that the above-captioned chapter 7 case is dismissed pursuant to section 707(a) of the Bankruptcy Code; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

DATED: New York, New York
          January 28, 2025

                                            /s/ Philip Bentley
                                            **Hon. Philip Bentley**
                                            **United States Bankruptcy Judge**