**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Robert Thomas | CASE NO.: 24–12310–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–4373 | CHAPTER: 7 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Philip Bentley in this Chapter 7 case.

Robert Thomas was dismissed from the case on January 28, 2025 .

Dated: January 28, 2025                                         Vito Genna
                                                                                    Clerk of the Court