# Notice Recipients

District/Off: 0208−1          User: admin          Date Created: 1/28/2025
Case: 24−12310−pb             Form ID: 131         Total: 9

**Recipients of Notice of Electronic Filing:**
db    Robert Thomas           robert9thomas@yahoo.com
ust   United States Trustee   USTPRegion02.NYECF@USDOJ.GOV
tr    Albert Togut            altogut@teamtogut.com
aty   Neil Matthew Berger     neilberger@teamtogut.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg       New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205−0300
smg       United States Attorney's Office     Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg       N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201−0551
smg       New York City Dept. Of Finance       Office of Legal Affairs       375 Pearl Street, 30th Floor       New York, NY 10038
8527398   UNITED STATES DEPARTMENT OF EDUCATION       400 MARYLAND AVENUE, SW       WASHINGTON, D.C. 20202

TOTAL: 5